## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CATHERINE MULLEN,

      Plaintiff,

v.                                              CASE NO.:   3:08cv22/MCR/MD

RON McNESBY, et al,

      Defendants.

_____/

### AMENDED ORDER OF DISMISSAL

      This matter is before the Court upon the parties' Stipulation Of Dismissal.  (Doc. 43).

The  previously entered Order of Dismissal (doc. 42) is amended to the extent this case

is dismissed consistent with the parties' joint stipulation.  The Clerk is directed to close the

case in its entirety for all purposes.

      **ORDERED** on this 23rd day of June, 2009.


_s/ M. Casey Rodgers_____

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**